OMAR CASE, *Appellant, v.* JOSEPH P. DAVIS and another, *Respondents.* — Judgment of County Court affirmed. Opinion by MACOMBER, J.

WILHELMINA BITZKI, *as Administratrix, Appellant, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Respondent.* — Judgment and order reversed and new trial ordered, costs to abide event. Opinion by HARDIN, J.

EDMUND R. HARRINGTON, *Plaintiff, v.* THE ERIE COUNTY SAVINGS BANK, *Defendant.* — New trial denied, and judgment ordered for defendant on the nonsuit. Opinion by SMITH, P. J.

EMMA J. NICHOLLS, *Respondent, v.* PHEBE L. WENTWORTH, *Appellant.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by MACOMBER, J.

FREDERICK LOOMIS, *as Trustee, etc., Respondent, v.* SILENCE J. WHITE, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by SMITH, P. J.

RODMAN CLARK and another, *Appellants, v.* BENJAMIN F. ANGEL, *Respondent, Impleaded, etc.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by HARDIN, J.

RILEY STEVENS, *Respondent, v.* SARAH BUSHFIELD and others, *Appellants* — Judgment affirmed. Opinion by MACOMBER, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error, v.* DAVID AUGSBURY, *Plaintiff in Error.* — Judgment and conviction reversed, and proceedings remitted to the Court of Sessions of Jefferson county, with directions for a new trial. Opinion by HARDIN, J.

JOHN GILLETTE, Jr., *Respondent, v.* ASBURY CHRISTIAN, *Appellant, Impleaded, etc.* — Judgment affirmed. Opinion by HARDIN, J.; SMITH, P. J., not sitting.

CHARLES E. BEARD, *Respondent, v.* DANIEL S. CRIDLER, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by MACOMBER, J.

IN THE MATTER OF THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, TO ACQUIRE TITLE TO CERTAIN REAL ESTATE OF THE SYRACUSE, CHENANGO AND NEW YORK RAILROAD COMPANY, and others. — Order affirmed, with ten dollars costs and disbursements.

CYNTHIA A. TOLMAN, *as Administratrix, etc., Respondent, v.* THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, *Appellant.* — Order affirmed on opinion of Mr. Justice CHURCHILL at Special Term, with ten dollars costs and disbursements.

FRANK SIBLEY and JAMES HOLMWOOD, *Appellants, v.* JAMES T. HASTINGS, *Respondent.* — Judgment affirmed. Opinion by SMITH, P. J.